■ DELAWARE MIDLAND CORP., Appellant, v INCORPORATED VILLAGE OF WESTHAMPTON BEACH et al., Respondents.—Order-judgment of the Supreme Court, Suffolk County, entered October 15, 1974, affirmed, with costs, upon the opinion of Mr. Justice Lazer at Special Term. Martuscello, Acting P. J., Christ, Munder and Shapiro, JJ., concur. [79 Misc 2d 438.]